UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF ROBERT GRAHAM, CHUCK CLOSE, LADDIE JOHN DILL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOTHEBY'S, INC.,<br><br>Defendant. | CASE NO.: 2:11-cv-08604-JHN-FFM<br><br>**[PROPOSED] CERTIFICATION OF CONSTITUTIONAL QUESTION [28 U.S.C. § 2403; FRCP 5.1]**<br><br>Hon. Jacqueline H. Nguyen |
| THE SAM FRANCIS FOUNDATION; ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIE'S, INC., a New York corporation,<br><br>Defendant. | CASE NO.: 2:11-cv-08605-JHN-FFM |

**TO KAMALA D. HARRIS, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 2403(b) and Federal Rule of Civil Procedure 5.1(b), this Court hereby certifies that in these related cases defendants Sotheby's, Inc. ("Sotheby's") and Christie's, Inc. ("Christie's") have drawn into question the constitutionality of the California Resale Royalty Act ("CRRA"), Cal. Civ. Code § 986.  Defendants have challenged the constitutionality of the CRRA on two grounds:  (1) under the Commerce Clause of the U.S. Constitution, U.S. Const. art. I, § 8, cl. 3, and (2) under the Takings Clauses of the U.S. and California Constitutions, U.S. Const. amend. V; Cal. Const. art. I, § 19(a).  (*See* Defendants' Joint Motion to Dismiss the Complaints, *Estate of Robert Graham, et al. v. Sotheby's, Inc.*, No. 2:11-cv-08604-JHN-FFM, ECF No. 17 (C.D. Cal. filed Jan. 12, 2012); Defendants' Joint Motion to Dismiss the Complaints, *The Sam Francis Foundation, et al. v. Christie's, Inc.*, No. 2:11-cv-08605-JHN-FFM, ECF No. 15 (C.D. Cal. filed Jan. 12, 2012).)

DATED:_____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Jacqueline H. Nguyen
　　　　　　　　　　　　　　　　　　　United States District Court Judge

Respectfully submitted,

　By: /s/ Jason D. Russell
　　　　Jason D. Russell

JASON D. RUSSELL (CA SBN 169219)
jason.russell@skadden.com
HILLARY A. HAMILTON (CA SBN 218233)
hillary.hamilton@skadden.com
JENNIFER E. LAGRANGE (CA SBN 238984)
jennifer.lagrange@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Telephone:  213.687.5000, Facsimile: 213.687.5600

Attorneys for Defendant CHRISTIE'S, INC.

| | |
|---|---|
| 1 | PAUL T. FRIEDMAN (CA SBN 98381) |
| | PFriedman@mofo.com |
| 2 | DEANNE E. MAYNARD (*Pro Hac Vice*) |
| | DMaynard@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 5 | Facsimile:  415.268.7522 |
| 6 | STEVEN A. REISS (*Pro Hac Vice*) |
| | steven.reiss@weil.com |
| 7 | HOWARD B. COMET (*Pro Hac Vice*) |
| | howard.comet@weil.com |
| 8 | WEIL, GOTSHAL & MANGES LLP |
| | 767 Fifth Avenue |
| 9 | New York, New York 10153 |
| | Telephone: 212.310.8000 |
| 10 | Facsimile:  212.310.8007 |
| 11 | |
| | Attorneys for Defendant SOTHEBY'S, INC. |
| 12 | |