```
 1  JASON D. RUSSELL (CA SBN 169219)
    jason.russell@skadden.com
 2  HILLARY A. HAMILTON (CA SBN 218233)
    hillary.hamilton@skadden.com
 3  JENNIFER E. LAGRANGE (CA SBN 238984)
    jennifer.lagrange@skadden.com
 4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 South Grand Avenue
 5  Los Angeles, California 90071-3144
    Telephone:  213.687.5000
 6  Facsimile:  213.687.5600

 7  Attorneys for Defendant CHRISTIE'S, INC.

 8  *Additional Counsel for Related Case on Following Page*
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## CENTRAL DIVISION

| | |
|---|---|
| ESTATE OF ROBERT GRAHAM, CHUCK CLOSE, LADDIE JOHN DILL, individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>SOTHEBY'S, INC.,<br><br>  Defendant. | CASE NO.: 2:11-cv-08604-JHN-FFM<br><br>Hon. Jacqueline H. Nguyen<br><br>**PROOF OF SERVICE** |
| THE SAM FRANCIS FOUNDATION; ESTATE OF ROBERT GRAHAM; CHUCK CLOSE; LADDIE JOHN DILL; individually and on behalf of all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>CHRISTIE'S, INC., a New York corporation,<br><br>  Defendant. | CASE NO.: 2:11-cv-08605-JHN-FFM<br><br>Hon. Jacqueline H. Nguyen |

1 | *Additional Counsel*

2 | PAUL T. FRIEDMAN (CA SBN 98381)
PFriedman@mofo.com
3 | DEANNE E. MAYNARD (*Pro Hac Vice*)
DMaynard@mofo.com
4 | MORRISON & FOERSTER LLP
425 Market Street
5 | San Francisco, California  94105-2482
Telephone: 415.268.7000
6 | Facsimile:  415.268.7522

7 | STEVEN A. REISS (*Pro Hac Vice*)
steven.reiss@weil.com
8 | HOWARD B. COMET (*Pro Hac Vice*)
howard.comet@weil.com
9 | WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
10 | New York, New York 10153
Telephone: 212.310.8000
11 | Facsimile:  212.310.8007

12 | Attorneys for Defendant SOTHEBY'S, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 300 South Grand Avenue, Suite 3400, Los Angeles, California 90071.

On **January 17, 2012**, I served the foregoing documents described as:

**NOTICE OF CONSTITUTIONAL QUESTION AND 60 DAY PERIOD TO ALLOW FOR INTERVENTION**

**[PROPOSED] CERTIFICATION OF CONSTITUTIONAL QUESTION**

on the registered interested parties in this action as follows:

☒ ECF NEF notification (to registered parties)

On **January 17, 2012**, I served the foregoing documents described as:

**NOTICE OF CONSTITUTIONAL QUESTION AND 60 DAY PERIOD TO ALLOW FOR INTERVENTION**

**[PROPOSED] CERTIFICATION OF CONSTITUTIONAL QUESTION**

**DEFENDANTS' JOINT MOTION TO DISMISS THE COMPLAINTS**

**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS THE COMPLAINTS**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS COMPLAINTS**

**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**

**DECLARATION OF JASON D. RUSSELL IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE COMPLAINTS**

☒ **BY U.S. CERTIFIED MAIL [Fed. Rule Civ. Proc. rule 5(b)]** I am readily familiar with the firm's practice for the collection and processing of correspondence for mailing with the United States Postal Service and the fact that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business; on this date, the above-referenced correspondence was

1. placed for deposit at Los Angeles, California and placed for collection and mailing
2. following ordinary business practices.

**Kamala D. Harris**,
Attorney General of the State of California,
*Office of the Attorney General*
300 South Spring Street
Los Angeles, CA 90013-1230

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **January 17, 2012** at Los Angeles, California.

<u>   Jon E. Powell   </u>     *[signature]*
Type or Print Name     Signature