1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SAM FRANCIS FOUNDATION, *et al.*, | Case No. CV-11-08605-MWF (FFMx) |
|---|---|
| Plaintiffs, | |
| vs. | **JUDGMENT** |
| CHRISTIE'S, INC., | |
| Defendant. | |

On May 17, 2012, the Court (the Honorable Jacquelyn H. Nguyen, United States Circuit Judge, sitting by designation) issued its Order Granting Joint Motion to Dismiss, which dismissed with prejudice both this action and the related action *Estate of Robert Graham, et al. v. Sotheby's, Inc.*, No. CV-11-8604-JNH (FFMx).  (Docket No. 38).  Defendant Christie's, Inc. ("Christie's") has filed a Request for Entry of Judgment (Docket No. 39), pursuant to Rule 58(d) of the Federal Rules of Civil Procedure.

Accordingly, in accordance with the Order Granting Joint Motion to Dismiss and pursuant to Rule 58(d) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1.  Plaintiffs The Sam Francis Foundation, Estate of Robert Graham, Chuck Close, and Laddie John Dill shall take nothing on their claims against Christie's. Inc.;

2.  The action shall be dismissed with prejudice on the merits;

3.  Christie's shall recover its costs on Plaintiffs' claims.

Dated: June 6, 2012

_____

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE